# Third District Court of Appeal

## State of Florida

Opinion filed June 18, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2218
Lower Tribunal No. F17-22822
_____

**Brandon Turner,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Thomas Butler, P.A., and Thomas J. Butler, for appellant.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Rodriguez v. State</u>, 608 So. 2d 124, 125 (Fla. 3d DCA 1992) (finding that trial court properly limited the defense's closing argument where there was no evidence to support the theory the defense wished to advance); <u>State v. DiGuilio</u>, 491 So. 2d 1129, 1138 (Fla. 1986) (explaining that even if an error occurred, it is harmless where "there is no reasonable possibility that the error contributed to the conviction").